**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Hermanegildo ALANIZ, Defendant–
Appellant.**

**No. 03–41071.
Conference Calendar.**

United States Court of Appeals,
Fifth Circuit.

Decided June 23, 2004.

James Lee Turner and Renata Ann Gowie, Assistant U.S. Attorney, Houston, TX, for Plaintiff–Appellee.

Roland E. Dahlin, II, Federal Public Defender, Margaret Christina Ling, Assistant Federal Public Defender, Houston, TX, for Defendant–Appellant.

Before BARKSDALE, DeMOSS, and CLEMENT, Circuit Judges.

PER CURIAM: *

Hermanegildo Alaniz appeals his guilty plea conviction for conspiracy to possess more than 100 kilograms of marijuana. Alaniz argues that 21 U.S.C. §§ 841, 952, and 960 were rendered facially unconstitutional by *Apprendi v. New Jersey,* 530 U.S. 466, 490, 120 S.Ct. 2348, 147 L.Ed.2d 435 (2000). Alaniz concedes that his argument is foreclosed by our opinion in *United States v. Slaughter,* 238 F.3d 580, 581–82 (5th Cir.2000), and he raises the issue to preserve it for further review.

A panel of this court cannot overrule a prior panel's decision in the absence of an intervening contrary or superseding decision by this court sitting en banc or by the United States Supreme Court. *Burge v. Parish of St. Tammany,* 187 F.3d 452, 466 (5th Cir.1999). No such decision overruling *Slaughter* exists. Accordingly, Alaniz's argument is indeed foreclosed. The judgment of the district court is AFFIRMED.

The Government has moved for a summary affirmance in lieu of filing an appellee's brief. In its motion, the Government asks that an appellee's brief not be required. The motion is GRANTED.

AFFIRMED; MOTION GRANTED.

* Pursuant to 5th CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5th CIR. R. 47.5.4.